1 GOLDSMITH & HULL/C9915859
A Professional Corporation
2 VALERIA BARINOVA   (Bar No. 224422)
16000 Ventura Blvd., Suite 900
3 Encino, CA 91436-2760
Tel.: (818) 990-6600
4 Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**
5
6 Attorneys For Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A01-10968 |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [~~PROPOSED~~] |
| JEROME A. HARRISON AKA JEROME A. HARRISON, JR. | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of ROTTNER ATTORNEY SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 6/20/07

~~ALICEMARIE H. STOTLER~~, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

27